UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
***** DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:16-cr-62-FtM-99MRM

ERIC DAVID ERDMANN
a/k/a Eric Erdman
_____/

## WAIVER OF DEFENDANT'S PRESENCE AT DEPOSITION

I, Eric David Erdmann, the above-named defendant, do hereby waive my right to be present at deposition of Aun "Davin" Pol scheduled for February 9, 2017, to take place at 5237 Summerlin Commons Blvd., Fort Myers, Fl 33907. This waiver is made pursuant to Rule 15(c) of the Federal rules of Criminal Procedure.

_____         _____
G. Ellis Summers, Jr.                 Eric David Erdmann
Counsel for Defendant                 Defendant

Date: February 7, 2017

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of February, 2017, the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to Michael Bagge-Hernandez, Assistant United States Attorney, 2110 First Street, Fort Myers, FL 33901.

/s/ G. Ellis Summers, Jr.
G. Ellis Summers, Jr.
Assistant Federal Defender