State of Oregon vs. Eric David Erdman, Case No. 09~~~~

MTDC 4805 MTSX 2326 Jensen

**RECEIVED**
JUL 21 2010
**MTSW**

**FILED**
JUL 15 2010
CIRCUIT COURT
MULTNOMAH COUNTY, OREGON

# In the Circuit Court of the State of Oregon for Multnomah County

| | |
|---|---|
| State of Oregon, Plaintiff, | ) ) ) |
| vs. | ) Case No.: 090130068 ) ) **JUDGMENT** ) ) |
| Eric David Erdman, Defendant. | ) Case File Date: 02/02/2009 ) District Attorney File #: 2153456-1D |

**DEFENDANT**
True Name: Eric David Erdman
Date of Birth: 06/19/72
Fingerprint Control No (FPN): 10012352
AKA: 734898 Cpms

State Identification No (SID): [redacted]

**ENTERED**
JUL 15 2010
IN REGISTER BY [initials]

**HEARING**
Proceeding Date: 07/13/2010
Judge: MICHAEL J. MC SHANE
Court Reporter: FTR

Defendant appeared in person and was in custody. The court determined that the defendant was indigent for purposes of court-appointed counsel, and the court appointed counsel for the defendant. The defendant was represented by Attorney(s) William Redden, OSB Number 02435.

Plaintiff appeared by and through Donald N Rees, OSB Number 95391.

Defendant knowingly waived two day waiting period before sentencing.

**COUNT(S)**
It is adjudged that the defendant has been convicted on the following count(s):

### Count 1: Encouraging Child Sexual Abuse in the Second Degree

Count number 1, Encouraging Child Sexual Abuse in the Second Degree, ORS 163.686, a Class C Felony, a lesser included charge, committed on or about 09/03/2007.

Conviction is based upon a plea of No Contest on 07/13/2010.

**Sentencing Guidelines**

The Crime Severity Classification (CSC) on Count Number 1 is 5 and the Criminal History Classification (CHC) is I.

RECEIVED
JUL 16 2010
MTDC

State of Oregon vs. Eric David Erdman, Case No. 080____168

This sentence is pursuant to the following special factors:
- Stipulated for purpose of this sentencing only

The court finds reason(s) for a durational departure, as stated on the record. This departure is pursuant to the following factor(s):
- Stipulation of the parties.
- Upward durational departure

**Probation**

Defendant is sentenced to Supervised Probation for a period of 3 year(s) and shall be subject to the following conditions of probation:

Defendant is subject to all general conditions of probation (ORS 137.540).

Furthermore, defendant is subject to the following Special Conditions of Probation (ORS 137.540(2)):
Defendant shall:
- Be assigned to Judge McShane for judicial supervision of probation.
- Have no direct or indirect contact with the victim, , the victim's residence, or the victim's place of employment unless so authorized in writing by the victim's therapist, if any, defendant's treatment provider and probation officer or the Court.
- No association with known sex offender's except as approved by treatment provider for treatment purposes.
- Sign any and all releases necessary to permit an evaluating or treating agency to release information to the Court, District Attorney, probation officer or other supervising authority.
- Bear financial responsibility, as directed by his/her probation officer, for any counseling, therapy, treatment and/or medical costs incurred by the victim as a result of this offense.
- Not frequent places designed for the primary use of children, including but not limited to circuses, playgrounds, parks, school grounds, childcare centers, zoos, and arcades without specific written permission in advance from the defendant's probation officer or the Court.
- Not possess or use any type of sexually explicit material including but not limited to printed, photographic, video, electronic or recorded materials that may be used for the purpose of deviant sexual arousal, nor frequent establishments or web sites associated with the sex industry.
- Undergo and complete a psychological evaluation designed to address the issue of sexually deviant behavior and, specifically, to determine if the defendant should be prohibited from possessing any photographs, drawings, magazines or other printed materials, motion pictures, video recordings, or audio recordings or from frequenting places where such material is available.
- Submit to any program of physiological assessment at the discretion of the probation officer, including the use of the plethysmograph, to assist in treatment, planning, and case monitoring.
- Submit to polygraph testing, at defendant's own expense, as directed by the probation officer to determine compliance with the conditions of probation and/or to facilitate mental health treatment.
- Pursuant to Oregon Evidence Code Rule #504, waive all client/psychotherapist privileges.
- Reconciliation letter to the victim(s) to be provided to the Court by defendant's therapist.
- No contact with children other than incidental contact as approved in advance and in writing by defendant's PO and sex offender treatment provider. Any contact must be supervised by a person approved in advance and in writing by defendant's PO and sex offender treatment provider. The supervisor must be informed of the defendant's convictions and risks posed by defendant. Defendant is not to reside with minors or assume any care taking responsibilities for minors.
- Enter and successfully complete a sex offender treatment program.
- No presence in bars, taverns, strip tease clubs, lingerie studios, massage parlors, adult bookstores, adult movie theaters, nude beaches, etc. No presence any place the defendant's sex offender treatment provider determines stimulates defendant's deviant arousal.
- Employment and volunteer restrictions: No employment or volunteer work that involves contact with minors.
- Submit blood or buccal sample and thumbprint pursuant to ORS 137.076.

State of Oregon vs. Eric David Erdman, Case No. 091155766

- Register as a sex offender pursuant to Oregon Revised Statutes.

### Jail as a Condition of Probation

Be confined to the jail for 120 day(s). Defendant is remanded to the custody of the Multnomah County Sheriff for transportation to the Supervisory Authority for service of this sentence. Defendant may receive credit for time served. The defendant may be considered by the supervisory authority for any form of alternative sanction authorized by ORS 423.478, and defendant shall pay any required per diem fees.

### Monetary Terms

Defendant shall be required to pay the following amounts on this count:

Fees and Assessments: Payable to the Court.

| Type | Amount | Modifier | Reduction | Actual Owed |
|---|---|---|---|---|
| Unitary Assessment | $107.00 | | | $107.00 |
| Total | $107.00 | | | $107.00 |

Waive atty fees

### Count 2: Encouraging Child Sexual Abuse in the Second Degree

Count number 2, Encouraging Child Sexual Abuse in the Second Degree, ORS 163.686, a Class C Felony, a lesser included charge, committed on or about 09/03/2007.

Conviction is based upon a plea of No Contest on 07/13/2010.

### Sentencing Guidelines

The Crime Severity Classification (CSC) on Count Number 2 is 5 and the Criminal History Classification (CHC) is I.

This sentence is pursuant to the following special factors:
- Stipulated for purpose of this sentencing only

The court finds reason(s) for a durational departure, as stated on the record. This departure is pursuant to the following factor(s):
- Stipulation of the parties.
- Upward durational departure

### Probation

Defendant is sentenced to Supervised Probation for a period of 3 year(s) and shall be subject to the following conditions of probation:

Defendant is subject to all general conditions of probation (ORS 137.540).

Furthermore, defendant is subject to the following Special Conditions of Probation (ORS 137.540(2)): Defendant shall:
- Be assigned to Judge McShane for judicial supervision of probation.
- Have no direct or indirect contact with the victim, , the victim's residence, or the victim's place of employment unless so authorized in writing by the victim's therapist, if any, defendant's treatment provider and probation officer or the Court.
- No association with known sex offender's except as approved by treatment provider for treatment purposes.
- Sign any and all releases necessary to permit an evaluating or treating agency to release information to the Court, District Attorney, probation officer or other supervising authority.


State of Oregon vs. Eric David Erdman, Case No. 09____058

- Bear financial responsibility, as directed by his/her probation officer, for any counseling, therapy, treatment and/or medical costs incurred by the victim as a result of this offense.
- Not frequent places designed for the primary use of children, including but not limited to circuses, playgrounds, parks, school grounds, childcare centers, zoos, and arcades without specific written permission in advance from the defendant's probation officer or the Court.
- Not possess or use any type of sexually explicit material including but not limited to printed, photographic, video, electronic or recorded materials that may be used for the purpose of deviant sexual arousal, nor frequent establishments or web sites associated with the sex industry.
- Undergo and complete a psychological evaluation designed to address the issue of sexually deviant behavior and, specifically, to determine if the defendant should be prohibited from possessing any photographs, drawings, magazines or other printed materials, motion pictures, video recordings, or audio recordings or from frequenting places where such material is available.
- Submit to any program of physiological assessment at the discretion of the probation officer, including the use of the plethysmograph, to assist in treatment, planning, and case monitoring.
- Submit to polygraph testing, at defendant's own expense, as directed by the probation officer to determine compliance with the conditions of probation and/or to facilitate mental health treatment.
- Pursuant to Oregon Evidence Code Rule #504, waive all client/psychotherapist privileges.
- Reconciliation letter to the victim(s) to be provided to the Court by defendant's therapist.
- No contact with children other than incidental contact as approved in advance and in writing by defendant's PO and sex offender treatment provider. Any contact must be supervised by a person approved in advance and in writing by defendant's PO and sex offender treatment provider. The supervisor must be informed of the defendant's convictions and risks posed by defendant. Defendant is not to reside with minors or assume any care taking responsibilities for minors.
- Enter and successfully complete a sex offender treatment program.
- No presence in bars, taverns, strip tease clubs, lingerie studios, massage parlors, adult bookstores, adult movie theaters, nude beaches, etc. No presence any place the defendant's sex offender treatment provider determines stimulates defendant's deviant arousal.
- Employment and volunteer restrictions: No employment or volunteer work that involves contact with minors.
- Submit blood or buccal sample and thumbprint pursuant to ORS 137.076.
- Register as a sex offender pursuant to Oregon Revised Statutes.
- Have incarceration units reserved

### Count 3: Encouraging Child Sexual Abuse in the Second Degree

Count number 3, Encouraging Child Sexual Abuse in the Second Degree, ORS 163.686, a Class C Felony, a lesser included charge, committed on or about 09/03/2007.

Conviction is based upon a plea of No Contest on 07/13/2010.

**Sentencing Guidelines**

The Crime Severity Classification (CSC) on Count Number 3 is 5 and the Criminal History Classification (CHC) is I.

This sentence is pursuant to the following special factors:
- Stipulated for purpose of this sentencing only

The court finds reason(s) for a durational departure, as stated on the record. This departure is pursuant to the following factor(s):
- Stipulation of the parties.
- Upward durational departure

State of Oregon vs. Eric David Erdman, Case No. 09 ... '68

## Probation

Defendant is sentenced to Supervised Probation for a period of 3 year(s) and shall be subject to the following conditions of probation:

Defendant is subject to all general conditions of probation (ORS 137.540).

Furthermore, defendant is subject to the following Special Conditions of Probation (ORS 137.540(2)): Defendant shall:
- Be assigned to Judge McShane for judicial supervision of probation.
- Have no direct or indirect contact with the victim, , the victim's residence, or the victim's place of employment unless so authorized in writing by the victim's therapist, if any, defendant's treatment provider and probation officer or the Court.
- No association with known sex offender's except as approved by treatment provider for treatment purposes.
- Sign any and all releases necessary to permit an evaluating or treating agency to release information to the Court, District Attorney, probation officer or other supervising authority.
- Bear financial responsibility, as directed by his/her probation officer, for any counseling, therapy, treatment and/or medical costs incurred by the victim as a result of this offense.
- Not frequent places designed for the primary use of children, including but not limited to circuses, playgrounds, parks, school grounds, childcare centers, zoos, and arcades without specific written permission in advance from the defendant's probation officer or the Court.
- Not possess or use any type of sexually explicit material including but not limited to printed, photographic, video, electronic or recorded materials that may be used for the purpose of deviant sexual arousal, nor frequent establishments or web sites associated with the sex industry.
- Undergo and complete a psychological evaluation designed to address the issue of sexually deviant behavior and, specifically, to determine if the defendant should be prohibited from possessing any photographs, drawings, magazines or other printed materials, motion pictures, video recordings, or audio recordings or from frequenting places where such material is available.
- Submit to any program of physiological assessment at the discretion of the probation officer, including the use of the plethysmograph, to assist in treatment, planning, and case monitoring.
- Submit to polygraph testing, at defendant's own expense, as directed by the probation officer to determine compliance with the conditions of probation and/or to facilitate mental health treatment.
- Pursuant to Oregon Evidence Code Rule #504, waive all client/psychotherapist privileges.
- Reconciliation letter to the victim(s) to be provided to the Court by defendant's therapist.
- No contact with children other than incidental contact as approved in advance and in writing by defendant's PO and sex offender treatment provider. Any contact must be supervised by a person approved in advance and in writing by defendant's PO and sex offender treatment provider. The supervisor must be informed of the defendant's convictions and risks posed by defendant. Defendant is not to reside with minors or assume any care taking responsibilities for minors.
- Enter and successfully complete a sex offender treatment program.
- No presence in bars, taverns, strip tease clubs, lingerie studios, massage parlors, adult bookstores, adult movie theaters, nude beaches, etc. No presence any place the defendant's sex offender treatment provider determines stimulates defendant's deviant arousal.
- Employment and volunteer restrictions: No employment or volunteer work that involves contact with minors.
- Submit blood or buccal sample and thumbprint pursuant to ORS 137.076.
- Register as a sex offender pursuant to Oregon Revised Statutes.
- Have incarceration units reserved

### Count 4: Encouraging Child Sexual Abuse in the Second Degree

Count number 4, Encouraging Child Sexual Abuse in the Second Degree, ORS 163.686, a Class C Felony, a lesser included charge, committed on or about 09/03/2007.

State of Oregon vs. Eric David Erdman, Case No. 09        766

Conviction is based upon a plea of No Contest on 07/13/2010.

**Sentencing Guidelines**

The Crime Severity Classification (CSC) on Count Number 4 is 5 and the Criminal History Classification (CHC) is I.

This sentence is pursuant to the following special factors:
- Stipulated for purpose of this sentencing only

The court finds reason(s) for a durational departure, as stated on the record. This departure is pursuant to the following factor(s):
- Stipulation of the parties.
- Upward durational departure

**Probation**

Defendant is sentenced to Supervised Probation for a period of 3 year(s) and shall be subject to the following conditions of probation:

Defendant is subject to all general conditions of probation (ORS 137.540).

Furthermore, defendant is subject to the following Special Conditions of Probation (ORS 137.540(2)):
Defendant shall:
- Be assigned to Judge McShane for judicial supervision of probation.
- Have no direct or indirect contact with the victim, , the victim's residence, or the victim's place of employment unless so authorized in writing by the victim's therapist, if any, defendant's treatment provider and probation officer or the Court.
- No association with known sex offender's except as approved by treatment provider for treatment purposes.
- Sign any and all releases necessary to permit an evaluating or treating agency to release information to the Court, District Attorney, probation officer or other supervising authority.
- Bear financial responsibility, as directed by his/her probation officer, for any counseling, therapy, treatment and/or medical costs incurred by the victim as a result of this offense.
- Not frequent places designed for the primary use of children, including but not limited to circuses, playgrounds, parks, school grounds, childcare centers, zoos, and arcades without specific written permission in advance from the defendant's probation officer or the Court.
- Not possess or use any type of sexually explicit material including but not limited to printed, photographic, video, electronic or recorded materials that may be used for the purpose of deviant sexual arousal, nor frequent establishments or web sites associated with the sex industry.
- Undergo and complete a psychological evaluation designed to address the issue of sexually deviant behavior and, specifically, to determine if the defendant should be prohibited from possessing any photographs, drawings, magazines or other printed materials, motion pictures, video recordings, or audio recordings or from frequenting places where such material is available.
- Submit to any program of physiological assessment at the discretion of the probation officer, including the use of the plethysmograph, to assist in treatment, planning, and case monitoring.
- Submit to polygraph testing, at defendant's own expense, as directed by the probation officer to determine compliance with the conditions of probation and/or to facilitate mental health treatment.
- Pursuant to Oregon Evidence Code Rule #504, waive all client/psychotherapist privileges.
- Reconciliation letter to the victim(s) to be provided to the Court by defendant's therapist.
- No contact with children other than incidental contact as approved in advance and in writing by defendant's PO and sex offender treatment provider. Any contact must be supervised by a person approved in advance and in writing by defendant's PO and sex offender treatment provider. The supervisor must be informed of the defendant's convictions and risks posed by defendant. Defendant is not to reside with minors or assume any care taking responsibilities for minors.
- Enter and successfully complete a sex offender treatment program.