LEE COUNTY SHERIFF'S OFFICE     COUNTY OF LEE
SWORN AFFIDAVIT        STATE OF FLORIDA

LCSO CFS NO: _____   DATE: 09/27/2016

NAME: Amanda Sienkiewicz _____ HEIGHT: ___ WEIGHT: ___ HAIR: ___ EYES: ___

DATE OF BIRTH: _____  PLACE OF BIRTH: _____

HOME ADDRESS: 14750 Six Mile Cypress Pkwy, Fort Myers, FL 33912

HOME TELEPHONE NUMBER: _____

WORK NAME AND ADDRESS: Lee County Sheriff's Office

WORK TELEPHONE NUMBER: 239-477-1000

CELL /ALTERNATE PHONE NUMBER: _____

I Amanda Sienkiewicz _____ NOW WISH TO MAKE THE FOLLOWING SWORN AFFIDAVIT TO
DUSM Ebenezer Paikai _____ WHO I KNOW TO BE A DEPUTY SHERIFF, WITH THE LEE
COUNTY SHERIFF'S OFFICE, WHO IS EMPOWERED BY FLORIDA STATUTE TO TAKE SWORN TESTIMONY.

The Lee County Sheriff's Office is responsible for registering and reregistering all sexual offenders and predators
that reside in Lee County, Florida. The records division, who completes the registrations is open Monday - Friday
from 7:00am - 4:30pm, excluding holiday's. After the records division closes, registered sexual offenders and
predators may to go the Lee County Sheriff's Office CORE Facility to check in or out of Lee County. The CORE
Facility is open 24 hours a day 7 days a week. The CORE does not handle any reregistration of sexual offenders
and predators.

The Lee County Sheriff's Office is equipped to handle persons with all disabilities in regards to sexual offender
and predator registration. At the front of the building there is a ramp for individuals who are not able to
successfully climb stairs along with handicap parking spots.  In the rare event that a sexual offender or predator is
not able to come into the Sheriff's Office due to a disability, a detective can go to the offenders home and
complete the registration. If an offender or predator would require a detective to go to their home, all they would
have to do is call a member of the Lee County Sheriff's Office Sexual Offender & Predator Unit and set this up.

**********************************************************************************

SWORN TO AND SUBSCRIBED BEFORE ME

THIS 28th _____ DAY OF September 20 16

_Carol A. Schnepp_ (signature)
NOTARY PUBLIC/ DEPUTY SHERIFF

_Amanda Sienkiewicz_ (signature)
SIGNED

CAROL A. SCHNEPP
Commission # EE 849534
Expires December 19, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

LCSO Form 74 (August 07, 2008)

0352