UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. S2:16-cr-62-FtM-99MRM

ERIC DAVID ERDMANN
a/k/a Eric Erdman

**GOVERNMENT'S MOTION TO ALLOW POSSESSION AND USE OF A CELLULAR TELEPHONE BY A GOVERNMENT AGENT DURING PROCEEDINGS**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, and would request that the Court allow the use of a cellular telephone during the above stated trial by Deputy United States Marshal Anthony Jurgensen, the case agent, and would state in support as follows:

1. Trial is scheduled to begin March 21, 2017.

2. The United States will need to contact potential witnesses concerning the status of their testifying.

3. The cellular communication device to be used will be on silent during the court proceedings.

WHEREFORE, the government hereby requests that only government agent listed above be allowed to possess a cellular telephone during the trial proceedings.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: *s/ Michael C. Baggé-Hernández*
MICHAEL C. BAGGÉ-HERNÁNDEZ
Assistant United States Attorney
Florida Bar No. 0051923
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Phone: (239) 461-2200
Fax: (239) 461-2219
Email: michael.c.bagge@usdoj.gov

U.S. v. ERIC DAVID ERDMAN    Case No. 2:16-cr-62-FtM-99MRM

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

G. Ellis Summers
ellis_summers@fd.org

*s/ Michael C. Baggé-Hernández*
MICHAEL C. BAGGÉ-HERNÁNDEZ
Assistant United States Attorney