**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

v.                                                    Case No. 2:16-cr-62-FtM-99MRM

**ERIC DAVID ERDMANN**
a/k/a Eric Erdman
_____/

**DEFENDANT'S THIRD MOTION IN LIMINE TO EXCLUDE AT TRIAL INTRODUCTION INTO EVIDENCE OF EXPECTED TESTIMONY BY AMANDA SIENKIEWICZ REGARDING SECRET HOME REGISTRATION PROGRAM OF SEX OFFENDERS**

The Defendant, ERIC DAVID ERDMANN, by and through undersigned counsel, hereby files this Motion in Limine to exclude the Government from introducing into evidence at trial expected testimony of Amanda Sienkiewicz regarding the Lee County Sheriff's Office's secret home registration program of sex offenders in violation of Federal Rules of Evidence 401, 402, and 403, in support, states as follows:

1. Mr. Erdmann has been indicted for Failure to Register as a Sex Offender pursuant to 18 U.S.C. § 2250(a).

2. On April 30, 2016, Mr. David Erdmann, on behalf of Mr. Eric Erdmann, researched Mr. Eric Erdmann registering at the Lee County Sheriff's Office.

3. Mr. David Erdmann visited the Lee County Sheriff's Office's Website, and printed off a copy of a portion of the website relating to location of registration in preparation for Mr. Erdmann's registration. *See* Exhibit "A". The Court will note that Exhibit "A" is time stamped as of April 30, 2016.

4. The Lee County Sheriff's Office website provides information for "Lee County **location**/time for registration." Exhibit "A" (emphasis added). Specifically, the website states that:

   Records division is responsible for registration and re-registration Monday – Friday (excluding weekends/holidays) from 8:00 a.m.-4:30 p.m., located at 14750 Six Mile Cypress Parkway, Fort Myers, Florida 33912.

   The Core Facility is responsible for registration ONLY after normal business hours and on weekends/holidays. The Core Facility will NEVER complete a Re-registration Form.

   The Jail Facility is responsible for registration ONLY when a sex offender/predator is booked into the facility, remanded from court or being released to state prison. The Jail Facility will NEVER complete a Re-registration Form. Exhibit "A"

5. It should be noted that the Lee County Sheriff's Office website regarding sex offender registration was visited by Defense Counsel on March 6, 2017 and still lists the same locations for registration.

6. As of April 30, 2016 and as of today, the Lee County Sheriff's Office website does not state that detectives will come to your home to register offenders. By failing to put this information on their website, the Lee County Sheriff's Office failed to notify registrants, such as Mr. Erdmann, that home registration was an option.

7. Mr. Erdmann relied on the information on the Lee County Sheriff's Office website. Mr. Erdmann had no knowledge of the home registration policy.

8. Rule 401 states that:

   "[e]vidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action." Fed. R. Evid. 401.

9. Rule 402 states that:

   "[r]elevant evidence is admissible unless any of the following provides otherwise:

- the United States Constitution;
- a federal statute;
- these rules; or
- other rules prescribed by the Supreme Court.

Irrelevant evidence is not admissible."

10. Rule 403 states that:

"The court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."

11. If the Government does not include home registration as an option on its website—which Mr. David Erdmann did visit, as evidenced by Exhibit "A"—then the home registration program has no relevance (and is thus secret). Fed. R. Evid. 401 and 402. For the home registration program to make a fact in issue more or less probable, then the Lee County Sheriff's Office has to make the program readily known to registrants. Mr. Erdmann was not aware of the secret home registration program because it was not listed on the Lee County Sheriff's website. Without notice, a confidential home registration program is of no use or value to registrants, and fails to make it more or less probable that Mr. Erdmann knowingly failed to update his registry (or could have complied sooner than he did). As a result, the evidence should be excluded pursuant to Fed. R. Evid. 401 and 402.

12. The secret home registration program should also be excluded because its scant, if any, relevant value is substantially outweighed by the danger of confusing the issues or misleading the jury. Fed. R. Evid. 403. Mr. Erdmann did not know of the secret home registration program because it was not listed on the Lee County Sheriff's Office website— which specifically dealt with the issue of where and how to register. *See* Exhibit "A". Mr. Erdmann has to have known about the program to take advantage of it. Because the Lee County Sheriff's Office did not list the secret home registration program as an option for

registration, Mr. Erdmann could not possibly take advantage of the program. *See* Exhibit "A". The jury should only hear about what the Lee County Sheriff's Office made known to the public, not secret programs that were unknown to Mr. Erdmann and the public. Under the circumstances, the risk of confusing the issues or misleading the jury substantially outweighs any scant, if any, relevance. Fed. R. Evid. 403.

**WHEREFORE**, Mr. Erdmann respectfully moves that any testimony regarding the secret home registration program be excluded from evidence pursuant to Federal Rules of Evidence 401, 402, and 403. Fed. R. Evid. 401, 402, and 403.

Respectfully submitted,
Donna L. Elm
Federal Defender

/s/ G. Ellis Summers, Jr.
G. Ellis Summers, Jr.
Florida Bar No.0815691
Assistant Federal Defender
1514 Broadway, Suite 301
Ft. Myers, Florida 33901
Telephone: 239-334-0397
Fax: 239-334-4109
E-Mail: ellis_summers@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of March, 2017 the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to Michael Bagge-Hernandez, Assistant United States Attorney, 2110 First Street, Fort Myers, FL 33901.

/s/ G. Ellis Summers, Jr.
G. Ellis Summers, Jr.
Assistant Federal Defender