# EXHIBIT "A"

## PRINT OUT OF LEE COUNTY SHERIFF'S OFFICE WEBSITE REGARDING SEX OFFENDER REGISTRY FROM APRIL 30, 2016

See attached.



# Lee County Sheriff's Office

# Sex Offender / Predator

## Email Alerts

Florida Offender Alerts System

## Lee County Ordinances

06-08 Ordinance Sexual Offender / Predator Emergency Shelter

07-31 Ordinance charging Sexual Offenders / Predators

11-05 Ordinance Sexual Offender / Predator Loitering and prowling

## Registration Information

**Lee County location/time for registration:**

*Registration through the Lee County Sheriff's Office, Central Records Division & Core Facility will be conducted in the following manner: The Lee County Sheriff's Office registration process is accomplished 24 hours a day, 7 days a week, 365 days per year.

Records Division is responsible for registration and re-registration Monday – Friday (excluding weekends/holidays) from 8:00am - 4:30pm, located at 14750 Six Mile Cypress Parkway, Fort Myers, Florida 33912.

The Core Facility is responsible for registration ONLY after normal business hours and on weekends/holidays. The Core Facility will NEVER complete a Re-registration Form.

The Jail Facility is responsible for registration ONLY when a sex offender/predator is booked into the facility, remanded from court or being released to state prison. The Jail Facility will NEVER complete a Re-registration Form.

**State of Florida registration information:**

*State of Florida Sexual Offender/Predator Registration Requirements listed under State of Florida:
http://offender.fdle.state.fl.us/offender/Important.jsp

## FAQs

Frequently Asked Questions from the Florida Department of Law Enforcement