## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA

                        CASE NO.
v.                        S2:16-cr-62-FtM-99MRM

ERIC DAVID ERDMANN
a/k/a Eric Erdman

### GOVERNMENT'S AMENDED REQUESTED VOIR DIRE

The United States of America, by W. Stephen Muldrow, United States Attorney for the Middle District of Florida, hereby requests the Court to ask the following questions of the jury panel during jury selection.

                        Respectfully submitted,
                        W. STEPHEN MULDROW
                        Acting United States Attorney

By:                   *s/ Michael C. Baggé-Hernández*
                        MICHAEL C. BAGGÉ-HERNÁNDEZ
                        Assistant United States Attorney
                        FL Bar No. 0051923
                        2110 First Street, Suite 3-137
                        Fort Myers, Florida 33901
                        Telephone: (239) 461-2200
                        Facsimile: (239) 461-2219
                        Email: michael.c.bagge@usdoj.gov

U.S. v. ERIC DAVID ERDMAN		Case No. 2:16-cr-62-FtM-99MRM

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

G. Ellis Summers
ellis_summers@fd.org

*s/ Michael C. Baggé-Hernández*
MICHAEL C. BAGGÉ-HERNÁNDEZ
Assistant United States Attorney

SUGGESTED QUESTIONS FOR THE COURT

1.     One of the charges against the defendant in this case is failing to register as required under the Sex Offender Registration and Notification Act (SORNA). Is there anything about this charge that will affect your ability to sit as a juror in this case?

2.     Is there anyone here who has not heard of the Sex Offender Registry or has not heard that sex offenders are required to register?

3.     Does anyone believe that the government, whether federal, state or local, should not require sex offenders to register their residences, and places of employment or schooling with law enforcement authorities?

4.     Does anyone have any relatives or friends, or know someone who is required to register as a sex offender? Have you spoken with them about registering?

5.     Typically, the Sex Offender Registration and Notification Act requires sex offenders to register with law enforcement the location of their residence, and place of employment or education. Does anyone think this requirement is too burdensome?

6.     Does anyone think that failing to register is unimportant or merely a paperwork violation?

7. Do any of you know counsel for the government or counsel for the defendant?

8. Has any lawyer in this case, or any member of their firm, acted as your attorney, or the attorney for any of your immediate family, or close friends?

9. To your knowledge, do any of you, or any members of your family or close friends, have any connection of any kind with the defendant, or his family, or any of the attorneys or the witnesses in this case?

10. Are you or any member of your family employed by any lawyer, law enforcement agency, or anyone associated with the courts, corrections or criminal justice system, no matter how remotely?

11. Have any of you, or any member or your family ever been interviewed by law enforcement authorities, other than for a minor traffic infraction?

    a) If yes, please state the approximate date and circumstances. (You may approach sidebar to do this if you prefer).

    b) Was there anything about the contact with law enforcement authorities which would affect your ability to be fair and impartial in this case?

      c)     Do you think you [they] were treated fairly?

12. Have you, anyone in your family or any of your close friends ever been arrested and/or convicted of any crime, except for minor traffic violations?

13. Have you, anyone in your family or any of your close friends ever been accused of a crime which you believed they did not commit?

14. Have you or has any member of your family or a close acquaintance been the victim of any crime? Please explain the details (you may approach sidebar to explain if you prefer).

15. Are you, or is any member of your immediate family now, or have they ever been, an official or employee of the government of the United States? If yes, please explain.

16. Have any of you, or your family, or friends had any dealings with the United States Attorney's Office?

      a)     If so, what were those dealings?

      b)     Was the matter satisfactorily resolved in your mind?

      c)     Do you have any feelings of dissatisfaction?

17. Have any of you, or your family, or close friends had any dealings with any State Attorney's Office or District Attorney's Office or any Public Defender's Office?

    a) If so, what were those dealings?

    b) Was the matter satisfactorily resolved in your mind?

    c) Do you have any feelings of dissatisfaction?

 18. Have you, or has any member of your immediate family ever had, or do you now have, or do you presently anticipate having, any lawsuit, case or dispute against the United States or any other Government agency?

    a) If yes, please explain.

    b) Was the matter satisfactorily resolved in your mind?

    c) Do you have any feelings of dissatisfaction?

 19. This case was investigated by the United States Marshals Service and the Department of Homeland Security, and Lee County Sheriff's Office. Have any of you had any experience with these agencies, or do you have any attitudes about the people who work for these agencies, which might prevent you from being fair and impartial in this case?

 20. Do any of you know anyone who works for any federal law enforcement agency?

 21. Do you, or does any member of your immediate family, belong to any group which finds itself at odds with the government, such as a citizen's militia, or tax protest group?

22.	Are any of you in any way reluctant, for religious, moral or any other reason, to pass judgment on another human being?

23.	Do you have a problem with your hearing, your eyesight, or any other disability which would in any manner prevent you from hearing, seeing or concentrating on the evidence presented at this trial?

24.	After you have heard the evidence, I will instruct you as to the law. It will be your duty to follow the law as I give it to you even though you may disagree with the law. Do any of you think that you will have difficulty following those instructions?

25.	Is there anything at all which may prevent any of you from rendering a fair and impartial verdict, based solely on the evidence and my instructions on the law?