UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:16-cr-62-FtM-38MRM

ERIC DAVID ERDMANN

\_\_\_\_\_ Evidentiary
__X__ Trial
\_\_\_\_\_ Other

| **WITNESS LIST** | |
|---|---|
| __X__ Government        _____ Defendant | |
| **Name** | **Date(s) Testified** (*Court only*) |
| 1. **Christine Jensen** | |
| 2. **John Koski** | |
| 3. **Lynne Parson** | |
| 4. **Amanda Sienkiewicz** | |
| 5. **Kathy Cutler** | |
| 6. **Ebenezer Paikai, IV** | |
| 7. **Andres Laufer** | |
| 8. **Robert P. Casola** | |