# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**Government**     **X**        Case No. **2:16-cr-62-FtM-38MRM**

                         _____ Evidentiary

**v.**                         **X**     Trial

                         _____ Other

**ERIC DAVID ERDMANN**

**Defendant(s),**     _____

| EXHIBIT LIST ||||| 
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1. | | | Christin Jensen | Court Notice of Sex Offender Registration Obligation signed July |
| 2. | | | Christin Jensen | Multnomah County Adult Community Justice General Conditions of Supervision |
| 3. | | | Christin Jensen | Oregon Sexual Offender Registration Confirmation |
| 4. | | | John Koski | Defendant's Passport |

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 5. a | | | **John Koski** | **Photograph of front of the defendant's apartment taken from the street at an angle** |
| 5. b | | | **John Koski** | **Photograph of front of defendant's apartment from the front taken from the street** |
| 5. c | | | **John Koski** | **Photograph of front of defendant's apartment leading down to the hallway** |
| 5. d | | | **John Koski** | **Photograph of the hallway to the defendant's apartment** |
| 5. e | | | **John Koski** | **Photograph of the stairway leading upstairs to the defendant's apartment** |
| 6. | | | **John Koski** | **Movie of Apartment** |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 7. a | | | **John Koski** | **Composite of defendant's arrest as he is taken down the stairs of his apartment- defendant is down the stairs getting into the wheelchair** |
| 7. b | | | **John Koski** | **Composite of defendant's arrest as he is taken down the stairs of his apartment- defendant is down the stairs hovering over the wheelchair** |
| 7. c | | | **John Koski** | **Composite of defendant's arrest as he is taken down the stairs of his apartment- defendant is being wheeled away** |
| 8. | | | **John Koski** | **Flight Information given by the defendant to John Koski** |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | **EXHIBIT LIST** |
| 9. | | | John Koski | Record of the Defendant's crossing into the United States |
| 10. | | | Andres Laufer | Discharge Report Dated 5/8/2016 |
| 11. | | | John Koski | Letter from the US Embassy informing the Defendant that his passport has been revoked |
| 12. | | | Amanda Sienkiewicz | Map of Lee County |
| 13.A | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-Front of building |
| 13.B | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-Angle of Front of building |
| 13.C | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-side of building with handicap parking and wheelchair ramp |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 13.D | | | **Amanda Sienkiewicz** | **Composite Photos of Sheriff's Office-close up of handicap parking and ramp** |
| 13.E | | | **Amanda Sienkiewicz** | **Composite Photos of Sheriff's Office-photo of ramp and sidewalk leading up to the front door** |
| 13.F | | | **Amanda Sienkiewicz** | **Composite Photos of Sheriff's Office-close up of the front door past the ramp-view of the front door** |
| 13.G | | | **Amanda Sienkiewicz** | **Composite Photos of Sheriff's Office-close up of the front door past the ramp-view from front door looking towards the parking lot** |
| 14. | | | **Judicial Notice** | **Conditions of Release** |
| 15. | | | **Robert Castola** | **Dr. Casola's Patient's Records** |

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 16. | | | **Robert Castola** | **Conditions of Service dated 5/1/2016** |
| 17. | | | **Robert Castola** | **Encounter Level Documents signed 5/3/2016** |
| 18. | | | **Robert Castola** | **Encounter Level Documents signed 5/4/2016** |
| 19. | | | **Robert Castola** | **Encounter Level Documents signed 5/5/2016** |
| 20. | | | **Robert Castola** | **Property Deposit Record signed 5/6/2016** |
| 21. | | | **Robert Castola** | **Encounter Level Document signed 5/6/2016** |
| 22. | | | **Robert Castola** | **Discharge Paperwork Signed 5/8/2016** |

| EXHIBIT LIST |||||
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 23. | | | David Ermann | Sheriff's website |