# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS, FLORIDA

**UNITED STATES OF AMERICA**

v.  Case No. 2:16-cr-62-FtM-99MRM

**ERIC DAVID ERDMANN**
_____/

## DEFENDANT'S WITNESS LIST

The Defendant, Eric David Erdmann, intends to call the following persons as witnesses in the trial of the above-styled cause.

1. Bernardo Nieves
2. Aun Pol-Video Deposition
3. Stephanie Roy, Custodian of Records Lee Health
4. David Erdmann
5. James Bertil
6. Dr. Anyeri Peguero
7. Dr. Timothy Dougherty
8. Amanda Sienkiewicz, Lee County Sheriff's Office
9. Dr. Robert Casola
10. Special Agent John Koski

11. Dr. Stephanie Colavito

DONNA LEE ELM
FEDERAL DEFENDER

Respectfully submitted,


/s/ G. Ellis Summers, Jr.
G. Ellis Summers, Jr.
Florida Bar No. 0815691
Assistant Federal Defender
1514 Broadway, Suite 301
Fort Myers, FL 33901
Telephone: 239-334-0397
Facsimile: 239-334-4109

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March 2017, a true copy of the foregoing was electronically filed with the Clerk of Court and a copy sent electronically to Michael C. Bagge-Hernandez, Office of the United States Attorney, 2110 First Street, Fort Myers, FL.


/s/ G. Ellis Summers, Jr.
G. Ellis Summers