UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

Government    X          Case No. 2:16-cr-62-FtM-38MRM

                                 ____    Evidentiary

v.                           X     Trial

                                         Other

ERIC DAVID ERDMANN

Defendant(s), _____

| AMENDED EXHIBIT LIST ||||| 
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 1 | | | Christin Jensen | Court Notice of Sex Offender Registration Obligation signed July |
| 2 | | | Christin Jensen | Multnomah County Adult Community Justice General Conditions of Supervision |
| 3 | | | Christin Jensen | Oregon Sexual Offender Registration Confirmation |
| 4 | | | John Koski | Defendant's Passport |

| \ | AMENDED EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 5a | | | John Koski | Photograph of front of the defendant's apartment taken from the street at an angle |
| 5b | | | John Koski | Photograph of front of defendant's apartment from the front taken from the street |
| 5c | | | John Koski | Photograph of front of defendant's apartment leading down to the hallway |
| 5d | | | John Koski | Photograph of the hallway to the defendant's apartment |
| 5e | | | John Koski | Photograph of the stairway leading upstairs to the defendant's apartment |
| 6 | | | John Koski | Movie of Apartment |

| | AMENDED EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 7a | | | John Koski | Composite of defendant's arrest as he is taken down the stairs of his apartment- defendant is down the stairs getting into the wheelchair |
| 7b | | | John Koski | Composite of defendant's arrest as he is taken down the stairs of his apartment- defendant is down the stairs hovering over the wheelchair |
| 7c | | | John Koski | Composite of defendant's arrest as he is taken down the stairs of his apartment- defendant is being wheeled away |
| 8 | | | John Koski | Flight Information given by the defendant to John Koski |

| AMENDED EXHIBIT LIST |
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| --- | --- | --- | --- | --- |
| 9 | | | John Koski | Record of the Defendant's crossing into the United States |
| 10 | | | Andres Laufer | Discharge Report Dated 5/8/2016 |
| 11 | | | John Koski | Letter from the US Embassy informing the Defendant that his passport has been revoked |
| 12 | | | Amanda Sienkiewicz | Map of Lee County |
| 13a | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-Front of building |
| 13b | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-Angle of Front of building |
| 13c | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-side of building with handicap parking and wheelchair ramp |

| AMENDED EXHIBIT LIST ||||||
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 13d | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-close up of handicap parking and ramp |
| 13e | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-photo of ramp and sidewalk leading up to the front door |
| 13f | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-close up of the front door past the ramp-view of the front door |
| 13g | | | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-close up of the front door past the ramp-view from front door looking towards the parking lot |
| 14 | | | Judicial Notice | Conditions of Release |
| 15 | | | Robert Casola | Dr. Casola's Patient's Records |

| AMENDED EXHIBIT LIST ||||||
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 16 | | | Robert Casola | Conditions of Service dated 5/1/2016 |
| 17 | | | Robert Casola | Encounter Level Documents signed 5/3/2016 |
| 18 | | | Robert Casola | Encounter Level Documents signed 5/4/2016 |
| 19 | | | Robert Casola | Encounter Level Documents signed 5/5/2016 |
| 20 | | | Robert Casola | Property Deposit Record signed 5/6/2016 |
| 21 | | | Robert Casola | Encounter Level Document signed 5/6/2016 |
| 22 | | | Robert Casola | Discharge Paperwork Signed 5/8/2016 |

| AMENDED EXHIBIT LIST |||||
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 23 | | | David Erdmann | Sheriff's website |