UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2S:16-cr-62-FtM-38MRM

ERIC DAVID ERDMANN
a/k/a Eric Erdman

## STIPULATION

The parties, by their respective attorneys, hereby agree that the following matters are proven for all purposes in the trial and all further proceedings in the case of the *United States v. Eric David Erdmann*, No. 2S:16-cr-62-FtM-38MRM, and that the United States need not offer or present any evidence at trial to prove the following facts:

On or about July 13, 2010, the defendant was convicted in the Circuit Court of the State of Oregon for Multnomah County, of a qualifying sex offense under the Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. § 16901 et seq. As a result of this conviction, the defendant is required under SORNA to register as a convicted sex offender for a period of fifteen (15) years from the date of the conviction.

DATED AND AGREED this 21 day of March, 2017

ERIC DAVID ERDMANN

By: _____
ERIC DAVID ERDMANN
Defendant

By: _____
G. ELLIS SUMMERS, JR. ESQ.
Attorney for Defendant

W. STEPHEN MULDROW
**Acting United States Attorney**

By: _____
MICHAEL C. BAGGÉ-HERNÁNDEZ
Assistant United States Attorney