UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:16-cr-62-FtM-38MRM

ERIC DAVID ERDMANN

| **Judge:** | Sheri Polster Chappell | **Counsel for Government** | Michael Bagge Hernandez |
| --- | --- | --- | --- |
| **Deputy Clerk:** | Leslie M. Friedmann | **Counsel for Defendant:** | G. Ellis Summers |
| **Court Reporter:** | Lori Bundy | | |

## JURY TRIAL (DAY ONE)

| | |
| --- | --- |
| Start Time: | 8:45 AM  Court convenes.  Michael Bagge Hernandez, AUSA, appeared for the Government.  G. Ellis Summers, AFPD, appeared for the Defendant.  Defendant is present.   Court reviewed all pretrial matters with counsel. |
| 8:50 AM | Stipulation filed in open court (signed by the parties). Clerk directed to file in CMECF.  Court continues to review preliminary matters prior to the jury being brought up. |
| 9:20 AM | Jurors enter the courtroom and are seated.  Court begins the voir dire process. |
| 10:23 AM | The government is permitted to ask follow up questions. |
| 10:25 AM | Defense counsel is permitted to ask follow up questions. |
| 10:40 AM | Court takes a recess to allow counsel to exercise any challenges they may have and the jurors are released for a break. |
| 10:41 AM | Jury exits the courtroom. |
| 10:42 AM | The Government invokes the rule. |
| 10:49 AM | Court remains in recess. |
| 11:00 AM | Court takes a brief recess |
| 11:15 AM | Prospective jurors return to courtroom.   Court releases those individuals not chosen.  Clerk calls additional prospective jurors to the jury box.  Voir dire continues. |
| 11:57 AM | Potential jurors exit the courtroom to allow counsel to review notes. |
| 12:05 PM | Court has selected a jury and releases those jurors not selected. |

| | |
|---|---|
| 12:12 PM | Court takes a lunch recess until 1:30 PM. |
| 1:29 PM | Court reconvenes. Court inquired about the jury instruction regarding defendant testifying. |
| 1:37 PM | Jury returns to the courtroom. Jury sworn. |
| 1:40 PM | The Government begins opening statement. |
| 2:00 PM | Defense counsel begins opening statement. |
| 2:35 PM | The Government calls witness Christine Jensen. Witness sworn. Government's exhibit #1 is admitted. Government's exhibit #2 is admitted as discussed with counsel at sidebar. Government's exhibit #3 is admitted. |
| 2:55 PM | Testimony of witness Christine Jenson concludes. Government calls John Koski. Witness sworn. Government's exhibit #4 is admitted into evidence. Government's Exhibit # 7A, 7B and 7C is admitted into evidence |
| 3:21 PM | Court takes a brief recess. Jury exits the courtroom. |
| 3:36 PM | Court reconvenes. Jury returns to the courtroom. Testimony of witness John Koski continues. Government's Exhibits 5A-5E are admitted into evidence. Government's exhibit #6 is admitted into evidence. Government's exhibit #7A-7C is admitted into evidence. Government's exhibit #8 is admitted into evidence. |
| 4:00 PM | Cross examination of witness John Koski. |
| 4:18 PM | Testimony of witness John Koski concludes. Government calls witness Lynne Parson. Witness sworn. |
| 4:23 PM | Testimony of witness Lynne Parson concludes. The Government calls Dr. Andres Laufer. Witness sworn. Government's exhibit #10 is admitted into evidence. |
| 4:47 PM | Testimony of Dr. Andres Laufer concludes. Court releases the jury for the evening with instructions to return at 9 AM. Court discusses trial matters regarding evidence. |
| 5:01 PM | Court adjourned. |