UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:16-cr-62-FtM-38MRM

ERIC DAVID ERDMANN

| **Judge:** | Sheri Polster Chappell | **Counsel for Government** | Michael Bagge Hernandez |
|---|---|---|---|
| **Deputy Clerk:** | Leslie M. Friedmann | **Counsel for Defendant:** | G. Ellis Summers |
| **Court Reporter:** | Lori Bundy | | |

## JURY TRIAL (DAY TWO)

| | |
|---|---|
| Start Time: | 8:50 AM  Court convenes.  Court discusses brief housekeeping matters with counsel.  After hearing from the government relating to exhibit #2, the government will substitute a redacted copy of exhibit #2 with agreement by the parties.  Exhibit #3 is also redacted and substituted by agreement with the parties. |
| 9:03 AM | Jury returns to the courtroom.   The Government calls Kathy Cutler.  Witness sworn. Direct examination begins. |
| 9:15 AM | Jury exits the courtroom.  Counsel and the court handle legal matters outside of their presence.   Court discussed the redaction and presentation of a document with the witness. |
| 9:31 AM | Jury returns to the courtroom.  Testimony of witness Kathy Cutler continues.  Government's exhibit #24 is admitted into evidence. |
| 9:40 AM | Cross examination of witness Kathy Cutler. |
| 9:45 AM | Testimony of witness Kathy Cutler concludes.  Government calls Ebenezer Paikai, IV.  Witness sworn. |
| 10:10 AM | Court takes a morning recess.  Jury exits the courtroom. |
| 10:10 AM | Government indicates they prepare to rest.  Defense counsel makes an oral motion for Judgment of Acquittal and makes a motion to continue all objections made up to this point.   Court hears argument from counsel regarding the motions. |
| 10:40 AM | Court reconvenes.  Government rests its case. |

| | |
|---|---|
| 10:45 AM | Defense counsel calls witness Aun Pol, by way of video deposition. Defense counsel's exhibits A1, B1, B3, B5, B6, C, D2, H, I, J1 and K are admitted into evidence. At this time, the video deposition of Aun Pol is played for the jury. |
| 12:15 PM | Court takes a lunch recess. |
| 1:26 PM | Court reconvenes. Jury returns to the courtroom. |
| | Video deposition of Aun Pol resumes. Video concludes at 3:10PM. |
| 3:11 PM | Jury excused for afternoon recess. |
| 3:14 PM | Court takes afternoon recess. |
| 3:28 PM | Court reconvenes. Defense counsel calls David Erdmann. Witness sworn. Defense counsel moves for the admission of Defense Exhibit #L. |
| 4:13 PM | Cross examination of witness David Erdmann. |
| 4:51 PM | Testimony of witness David Erdmann concludes. Defense counsel calls witness Stephanie Roy. Witness sworn. |
| 5:04 PM | Testimony of Stephanie Roy concludes. Court releases the jury for the evening. Court review the standard jury instructions with counsel. |
| 5:41 PM | Court adjourns. |