UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:16-cr-62-FtM-38MRM

ERIC DAVID ERDMANN

| **Judge:** | Sheri Polster Chappell | **Counsel for Government** | Michael Bagge Hernandez |
|---|---|---|---|
| **Deputy Clerk:** | Leslie M. Friedmann | **Counsel for Defendant:** | G. Ellis Summers |
| **Court Reporter:** | Lori Bundy | | |

## **JURY TRIAL (DAY THREE)**

Start Time: 8:57 AM  Court convenes.  Jury returns to the courtroom.

9:00 AM  Defense counsel calls Dr. Stephanie Colavito

9:07 AM  Cross examination of Dr. Stephanie Colavito

9:14 AM  Testimony of Dr. Stephanie Colavito concludes. Defense calls Dr. Robert Casola.

Defense exhibit #P1, P2 and P3 is admitted.

10:15 AM  Court takes a morning recess.

10:28 AM  Court reconvenes.  Jury returns to the courtroom.

10:30 AM  Defense calls Dr. Anyeri Peguero.  Witness sworn.

10:40 AM  Testimony of Dr. Anyeri Peguero concludes.  Defense counsel calls James Bertil. Witness sworn.

10:57 AM  Testimony of witness James Bertil concludes.  Defense calls Dr. Timothy Dougherty.  Witness sworn.

11:14 AM  Testimony of witness Dr. Timothy Dougherty concludes.

11:25 AM  Defense rests their case.  The Government calls rebuttal witness, Amanda Sienkiewicz.  Witness sworn.  Government exhibit #12 admitted into evidence.

11:45 AM  Cross examination of witness Amanda Sienkiewicz.

11:53 AM  Government recalls witness John Koski.  Witness re-sworn.

11:55 AM  Government recalls witness Christine Jensen.  Witness re-sworn.

| | |
|---|---|
| 12:00 PM | Testimony of witness Christine Jensen concludes. Court releases the jury for lunch until 1:30 PM. |
| | Court discusses jury instructions with counsel. |
| 12:30 PM | Court takes a lunch recess. |
| 1:29 PM | Court reconvenes. Jury returns to the courtroom. |
| 1:31 PM | Government closing argument. |
| 2:05 PM | Defendant's closing argument. |
| 2:36 PM | Government's rebuttal argument. |
| 2:48 PM | Court gives instructions to the jury. |
| 3:05 PM | Jury retires to deliberate. |
| 3:52 PM | Jury returns to the courtroom with a verdict. |
| 3:55 PM | Jury finds the defendant guilty as to the charges. Jury is polled. |
| 4:00 PM | Jury is excused. |
| 4:01 PM | Court accepts the jury verdict. Sentencing is set for May 22, 2017, at a time to be set by separate notice. Defendant is remanded to the custody of the US Marshal. |
| 4:04 PM | Court is in recess. |