UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:16-cr-62-FtM-38MRM

ERIC DAVID ERDMANN
a/k/a ERIC ERDMAN
_____/

## **VERDICT**

As to Count One of the Superseding Indictment, which charges that on or about April 28, 2016, and continuing through on or about May 27, 2016, in the Middle District of Florida, and elsewhere, Defendant Eric David Erdmann, did knowingly and unlawfully fail to register and update a registration as required by the Sex Offender Registration and Notification Act,

We, the Jury, unanimously find Defendant Eric David Erdmann:

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

SO SAY WE ALL, this 23 day of March 2017.

_Regine Emile_
FOREPERSON