**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                    Case No. 2:16-cr-62-FtM-99MRM

**ERIC DAVID ERDMANN**
a/k/a Eric Erdman
_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

The Defendant, ERIC DAVID ERDMANN, by and through undersigned counsel, hereby respectfully moves this Court for a continuance of the sentencing hearing and, in support, states as follows:

1. On March 23, 2017, Mr. Erdmann was found guilty of Failing to Register as a Sex Offender pursuant to 18 U.S.C. § 2250(a) by a jury of his peers.

2. On March 29, 2017, a sentencing hearing was scheduled for June 26, 2017 at 9:30 a.m.

3. Defense Counsel will be out of the State of Florida from June 23, 2017 through June 26, 2017, and unavailable to attend.

4. As a result, Mr. Erdmann respectfully requests a brief continuance so that Defense Counsel can be present. Defense Counsel would be available on July 3, 2017.

5. Michael Bagge-Hernandez, Assistant United States Attorney, representing the United States has been contacted, and has no objection to this motion.

## MEMORADUM OF LAW

Under Federal Rules of Criminal Procedure Rule 32, "[t]he court must impose sentence without unnecessary delay," the Court may, however, "for good cause, change any time limits prescribed in this rule." Mr. Erdmann submits that he has established good cause to continue his sentencing hearing.

Wherefore, Mr. Erdmann moves this Court to enter its Order, continuing this case for sentencing until after June 26, 2017.

>
> Respectfully submitted,
> Donna L. Elm
> Federal Defender
>
> /s/ G. Ellis Summers, Jr.
> G. Ellis Summers, Jr.
> Florida Bar No.0815691
> Assistant Federal Defender
> 1514 Broadway, Suite 301
> Ft. Myers, Florida 33901
> Telephone: 239-334-0397
> Fax: 239-334-4109
> E-Mail: ellis_summers@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of March 2017 the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to
Michael Bagge-Hernandez, Assistant United States Attorney, 2110 First Street, Fort Myers, FL 33901.

>
> /s/ G. Ellis Summers, Jr.
> G. Ellis Summers, Jr.
> Assistant Federal Defender