UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERCIA

vs.  Case Number: 2:16-cr-62-FtM-38MRM

ERIC DAVID ERDMANN   __X__  Trial
                    _____  Evidentiary Hearing
                    _____  Other

## EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| A-1 | MAR 22 2017 | MAR 22 2017 | Aun Pol (video depo) | Photograph of bike before accident |
| B-1 | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of bike after accident |
| B-3 | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of bike after accident |
| B-5 | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of bike after accident |
| B-6 | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of bike after accident |
| C | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of knee/leg 3-14-16 |
| D-2 | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of knee/leg 3-17-16 |
| H | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of knee/leg 3-26-16 |
| I | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of knee/leg 3-31-16 |
| J-1 | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of knee/leg 4-17-16 |
| K | MAR 22 2017 | MAR 22 2017 | Aun Pol | Photograph of knee/leg 4-27-16 |

| | | | | |
|---|---|---|---|---|
| L | MAR 22 2017 | MAR 22 2017 | David Erdmann | Lee County Sheriff's Office Website 4-30-2016 |
| M-1 | MAR 22 2017 | MAR 22 2017 | Stephanie Roy | Medical Records- Patient Education |
| M-2 | MAR 22 2017 | MAR 22 2017 | Stephanie Roy | Medical Records 5-27-2016 |
| N-1 | MAR 21 2017 | MAR 21 2017 | John Koski | Airport Photograph |
| N-2 | MAR 21 2017 | MAR 21 2017 | John Koski | Airport Photograph |
| N-3 | MAR 21 2017 | MAR 21 2017 | John Koski | Airport Photograph |
| | | | | |

P1-3  MAR 23 2017  MAR 23 2017

Dated: March 21, 2017

          DONNA LEE ELM
          FEDERAL DEFENDER
          MIDDLE DISTRICT OF FLORIDA

          By:/s/ *G. Ellis Summers Jr.*
          G. Ellis Summers
          Assistant Federal Defender
          Florida Bar No. 0815691

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing has been furnished by electronic filing to AUSA Michael C. Bagge-Hernandez on March 21, 2017,

          /s/ *G. Ellis Summers Jr.*
          G. Ellis Summers
          Assistant Federal Defender