# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

Government     __X__

v.

ERIC DAVID ERDMANN

Defendant(s),    _____

Case No. 2:16-cr-62-FtM-38MRM

____ Evidentiary
__X__ Trial
____ Other

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | EXHIBIT LIST | | |
| 1. | MAR 2 1 2017 | MAR 2 1 2017 | Christin Jensen | Court Notice of Sex Offender Registration Obligation signed July |
| 2. | MAR 2 1 2017 | MAR 2 1 2017 | Christin Jensen | Multnomah County Adult Community Justice General Conditions of Supervision |
| 3. | MAR 2 1 2017 | MAR 2 1 2017 | Christin Jensen | Oregon Sexual Offender Registration Confirmation |
| 4. | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Defendant's Passport |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 5. a | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Photograph of front of the defendant's apartment taken from the street at an angle |
| 5. b | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Photograph of front of defendant's apartment from the front taken from the street |
| 5. c | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Photograph of front of defendant's apartment leading down to the hallway |
| 5. d | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Photograph of the hallway to the defendant's apartment |
| 5. e | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Photograph of the stairway leading upstairs to the defendant's apartment |
| 6. | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Movie of Apartment |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| EXHIBIT LIST | | | | |
| 7. a | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Composite of defendant's arrest as he is taken down the stairs of his apartment- defendant is down the stairs getting into the wheelchair |
| 7. b | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Composite of defendant's arrest as he is taken down the stairs of his apartment- defendant is down the stairs hovering over the wheelchair |
| 7. c | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Composite of defendant's arrest as he is taken down the stairs of his apartment- defendant is being wheeled away |
| 8. | MAR 2 1 2017 | MAR 2 1 2017 | John Koski | Flight Information given by the defendant to John Koski |
| 9. | | | John Koski | Record of the Defendant's crossing into the United States |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 10. | MAR 2 1 2017 | MAR 2 1 2017 | Andres Laufer | Discharge Report Dated 5/8/2016 |
| 11. | | | John Koski | Letter from the US Embassy informing the Defendant that his passport has been revoked |
| 12. | MAR 2 3 2017 | MAR 2 3 2017 | Amanda Sienkiewicz | Map of Lee County |
| 13.A | MAR 2 3 2017 | MAR 2 3 2017 | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-Front of building |
| 13.B | MAR 2 3 2017 | MAR 2 3 2017 | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-Angle of Front of building |
| 13.C | MAR 2 3 2017 | MAR 2 3 2017 | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-side of building with handicap parking and wheelchair ramp |
| 13.D | MAR 2 3 2017 | MAR 2 3 2017 | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-close up of handicap parking and ramp |

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 13.E | MAR 2 3 2017 | MAR 2 3 2017 | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-photo of ramp and sidewalk leading up to the front door |
| 13.F | MAR 2 3 2017 | MAR 2 3 2017 | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-close up of the front door past the ramp-view of the front door |
| 13.G | MAR 2 3 2017 | MAR 2 3 2017 | Amanda Sienkiewicz | Composite Photos of Sheriff's Office-close up of the front door past the ramp-view from front door looking towards the parking lot |
| 14. | | | Judicial Notice | Conditions of Release |
| 15. | | | Robert Castola | Dr. Casola's Patient's Records |
| 16. | | | Robert Castola | Conditions of Service dated 5/1/2016 |

| EXHIBIT LIST |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 17. | | | Robert Castola | Encounter Level Documents signed 5/3/2016 |
| 18. | | | Robert Castola | Encounter Level Documents signed 5/4/2016 |
| 19. | | | Robert Castola | Encounter Level Documents signed 5/5/2016 |
| 20. | | | Robert Castola | Property Deposit Record signed 5/6/2016 |
| 21. | | | Robert Castola | Encounter Level Document signed 5/6/2016 |
| 22. | | | Robert Castola | Discharge Paperwork Signed 5/8/2016 |
| 23. | | | David Ermann | Sheriff's website |
| 24 | MAR 2 2 2017 | MAR 2 2 2017 | Kathy Cutler | FDLE Records |