Exhibit "A"

Letter from Aun Pol

See attached.

#2278, Phum Boeng Chouk,
Sock Russey Keo, Khan Russey Keo
Phnom Penh, Cambodia.

March 27, 2017

RE: Eric Erdmann

Dear Judge Chappell,

My name is Pol Aun. I work as Finance and Admin Manager for International Transport Company in Phnom Penh, Cambodia. I got married with Eric Erdmann since November 06, 2011. It is more than 5 years. Eric Erdmann is a good husband and working very hard to support family. He is also helpful, honest and care about family and friends.

Eric Erdmann left from Cambodia since April 27, 2016. It's almost one year that I don't see him. My family and I miss him so much. Once I learned that my husband found guilty after the trial, I was shocked and the same of my family. I can't stop crying because I don't know when I can see him again. It is very difficult to get VISA to USA. I did try to apply for VISA in August 2016 but they did not give me. It is hard situation for us right now because we live in a different country.

In this case, I would like to ask for your help to give my husband less time in jail and probation and then he can come back to Cambodia to meet me and my family again.

I send you the pictures of our wedding with my whole family. My parent has 11 children. I have 4 brothers and 7 sisters. I am number 7 in the family. My father died on February 09, 2017. It was one day before I had deposition for Eric Erdmann which was on February 10, 2017. During deposition day was very difficult time in my life but I tried all my best to finish it.

Thank you all in advance for your help and support to my husband in this important time.

Respectfully Your,

Pol Aun









