UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 2:16-cr-62-FtM-38MRM

ERIC DAVID ERDMANN

| Judge: | Sheri Polster Chappell | Counsel for Government | Michael Bagge Hernandez |
|---|---|---|---|
| Deputy Clerk: | Leslie M. Friedmann | Counsel for Defendant: | Ellis Summers |
| Court Reporter | Lori Bundy | Pretrial/Probation | Jodi Petersen |
| Date/Time | July 17, 2017 at 10:00AM | Interpreter | N/A |

## Sentencing

Start Time:      10:00 AM  Court convenes. Michael Bagge-Hernandez, AUSA, appeared on behalf of the Government.  Ellis Summers, AFPD, appeared on behalf of the Defendant. Defendant is present.  Court reviews the presentence report.  The parties do not have objections to the factual accuracy of the presentence report. Defense counsel has one objection to the probation officer's application of the guidelines.

Defense counsel provides argument to the court regarding the objection.

The Government provides a response to the defendant's objection.

For the reasons stated on the record, the Court denies the request to assess 3 level reduction.

The Court advises the defendant of the advisory guideline range.

Defense counsel makes an argument for a downward sentencing variance.

The Government makes an argument for the imposition of sentence in the upper end of the guidelines.

The defendant makes a statement on his behalf.

For the reasons stated on the record, the court denies the request for a variance and imposes the following sentence:

**IMPRISONMENT:**

The Defendant is hereby sentenced to a term of 21 months to be served concurrently with the state term of imprisonment anticipated in Multnomah County Circuit Court, Portland, Oregon 09-0130068

**SUPERVISED RELEASE:**

The defendant is hereby sentenced to a term of \ **5 years**.

*Special conditions of Supervised Release:*

The Defendant shall cooperate in the collection of DNA.

The defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes.

The defendant shall provide the probation officer access to any requested financial information.

The defendant shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by your probation officer.

The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc.

The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program.

The defendant shall submit to a search of his person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.

The mandatory drug testing requirements of the Violent Crime Control Act are waived.

The defendant shall have no contact with the victims and their places of business.

**SPECIAL ASSESSMENT** of $100.00 due immediately.

The defendant objects to the imposition of sentence as unreasonable and greater than necessary.

Court advises the defendant of his rights to appeal.

The defendant requests housing as close as possible to Milwaukee, Wisconsin.

Court adjourned.

End Time:     11:13 AM